(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgment in a Criminal Case for a Petty Offense (Probation)  **Judgment**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
08/06/2025
Clerk, U.S. District Court
Western District of Texas

By: _____FM_____
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) JAIME MARTINEZ-MARTINEZ**
    Defendant.

CASE NUMBER: **EP:25-M -03055(1) MAT**

## AMENDED JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, Jaime Martinez-Martinez, was represented by counsel, Angelica Beatrice Carreon.

The defendant pled guilty to the Misdemeanor Information on July 15, 2025. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Improper Entry by an Alien | June 2, 2025 |
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | June 2, 2025 |
| 18 USC 1382 | Entry of Military Property for any Purpose Prohibited by Law | June 2, 2025 |

As pronounced on July 15, 2025, the defendant is sentenced to **Time served plus one (1) day as to Counts 1 and 3 and one (1) year probation, nonreporting and unsupervised as to Count 2.  The defendant is not permitted to commit another federal, state or local crime, nor is the defendant permitted to illegally enter or reenter the United States during the term of probation. If the defendant is lawfully in the United States during the term of probation, the probation is reporting probation and the defendant must report to the nearest U.S. Probation Office and comply with the mandatory and standard conditions of probation. Violations of these terms of probation will likely result in revocation and imprisonment for up to six months.**

The special assessment imposed pursuant to 18 U.S.C. 3013 is hereby remitted pursuant to 18 U.S.C. 3573 because reasonable efforts to collect this assessment are not likely to be effective.

If is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed on this the 6th day of August, 2025.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE